# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * *  *
WARREN AND PAMELA DODRILL,   *
                             *
                 Plaintiffs, *
            v.               *    No. 09-57526L
                             *    Filed: April 17, 2015
UNITED STATES,               *
                             *
                 Defendant.  *
                             *
* * * * * * * * * * * * * *  *
```

## O R D E R

      The court is in receipt of plaintiffs' motion to voluntarily dismiss certain plaintiffs' claims in the case of Henry L. Howard, et al. v. United States, Case No. 9-575L, including the above-captioned plaintiffs. The claims associated with the above-captioned plaintiffs are, hereby, **SEVERED** from the case of Henry L. Howard, et al. v. United States, Case No. 9-575L, and shall be reorganized, for case management purposes, into the above-captioned case, Warren and Pamela Dodrill v. United States, and assigned Case No. 9-57526L. The court **DISMISSES WITH PREJUDICE** the property claims of Warren and Pamela Dodrill. As there is no just reason for delay, the Clerk's Office shall enter immediate **JUDGMENT** consistent with this Order, pursuant to RCFC 54(b). As the Order disposes of all properties of the named plaintiffs, Case No. 9-57526L shall be **CLOSED**. Neither the dismissal of the claims of the plaintiffs herein nor the entry of judgment by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiffs and properties in the case of Henry L. Howard, et al. v. United States, Case No. 9-575L.

    **IT IS SO ORDERED**.

                                                          s/Marian Blank Horn
                                                         **MARIAN BLANK HORN**
                                                                  **Judge**